UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-2225-SJO (KK) | Date | August 1, 2014 |
|---|---|---|---|
| Title | ANTHONY ALLEN OLIVER V. CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, ET AL. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

None Present                                                  None Present

**Proceedings:**          **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On December 19, 2013, Plaintiff Anthony Allen Oliver, an inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Docket No. 3).  On June 10, 2014, the Court issued an Order Re Service of Complaint (Docket No. 18) ordering, among other things, that "[n]o later than thirty (30) days from the date of this order, plaintiff shall file with the Clerk of Court a Notice of Submission indicating that all required documents have been submitted to the United States Marshal for service of the Complaint."  (Id.).

As of this date, Plaintiff has failed to file the Notice of Submission as required by the June 10, 2014 Order.

It therefore appears that plaintiff has failed to follow the Court's Order.  Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **August 14, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Alternatively, Plaintiff can discharge this order by filing copies of the USM-285 forms he submitted to the United States Marshal by **August 14, 2014**.

Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.