JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALLEN OLIVER, | ) Case No. EDCV 13-2225-SJO (KK) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al., | ) |
| Defendant(s). | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

October 22, 2014.

Dated: _____

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE